# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Collyer, Rosemary M. | 2. Court or Organization<br><br>District Court - Washington DC | 3. Date of Report<br><br>04/16/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Dist. Ct. Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>E Barrett Prettyman Courthouse<br>333 Constitution Avenue, NW<br>Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Collyer, Rosemary M.

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/16/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | National Human Services Assembly - Vice President |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. see pp 25-27 of filing instructions )*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Human Services Assembly | Throughout 2009 | Within U.S. | Business travel | Reimbursement to [ ] for business travel (airline, lodging & meals) |
| 2. | Denison University | Throughout 2009 | To/from Granville Ohio | Alumni affairs | Reimbursement to [ ] for alumni business travel (airline, lodging & meals) |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/16/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/16/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2. - BRKA - Common Class A | | None | M | T | | | | | |
| 3. - GE - Common | A | Dividend | K | T | | | | | |
| 4. - MSFT - Common | A | Dividend | | | Sold | 02/23/09 | K | | |
| 5. Balto MD Const Pub Imp Muni Bonds | A | Interest | K | T | | | | | |
| 6. - Schwab Cash Equivalent Accounts | A | Int./Div. | J | T | | | | | |
| 7. - DVY - ETF | A | Dividend | K | T | | | | | |
| 8. - DOO - ETF | B | Dividend | L | T | | | | | |
| 9. - Anne Arundel County, MD Muni Bonds | B | Interest | K | T | | | | | |
| 10. - Baltimore, MD Proj Muni Bonds | B | Interest | K | T | | | | | |
| 11. - Maryland State Muni Bonds | B | Interest | L | T | | | | | |
| 12. - DTH - ETF | B | Dividend | L | T | | | | | |
| 13. - KMP - Common | C | Distribution | L | T | | | | | |
| 14. - CLMT - Common | B | Distribution | K | T | | | | | |
| 15. - NFM - Closed End Fund | D | Dividend | L | T | | | | | |
| 16. | | | | | Sold (part) | 10/19/09 | L | C | |
| 17. - ACN - Common | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/16/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - T Rowe Price Maryland Tax Free Bond Fund (MDXBX) | A | Dividend | L | T | Buy | 10/28/09 | L | | |
| 19. IRA #1 | E | Int./Div | P1 | T | | | | | |
| 20. - Schwab Cash Equivalent Accounts | | | | | | | | | |
| 21. - BRKB - Common Class B | | | | | | | | | |
| 22. - UST Inflation Index Notes 3.375% TIPS | | | | | | | | | |
| 23. - UST Inflation Index Notes 3.625% TIPS | | | | | | | | | |
| 24. - CXM - Common | | | | | Sold | 07/20/09 | K | | |
| 25. - IWF - ETF | | | | | | | | | |
| 26. - STX - ADR | | | | | Sold | 05/16/09 | J | | |
| 27. - IXN - ETF | | | | | Sold | 06/12/09 | K | | |
| 28. - Marsico Growth Fund (MGRIX) | | | | | | | | | |
| 29. - NLY - Common | | | | | | | | | |
| 30. - BA - Common | | | | | Sold | 06/03/09 | K | | |
| 31. - CF - Common | | | | | Sold | 01/12/09 | K | | |
| 32. - HAL - Common | | | | | Sold | 09/18/09 | J | | |
| 33. - HES - Common | | | | | Sold | 09/16/09 | K | | |
| 34. - MOS - Common | | | | | Sold | 01/12/09 | K | | |

1 Income Gain Codes.    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
 (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
 (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
 (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/16/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - NBR - Common | | | | | Sold (part) | 06/20/09 | K | | |
| 36. | | | | | Sold | 12/09/09 | J | | |
| 37. - RIG - ADR | | | | | Sold | 05/16/09 | J | | |
| 38. - UNP - Common | | | | | Sold | 07/18/09 | K | | |
| 39. - STX - Call Option May09 6 | | | | | Sell Short | 04/17/09 | J | | |
| 40. | | | | | Redeemed | 05/16/09 | J | B | |
| 41. - HAL - Call Option Sep09 24 | | | | | Sell Short | 08/20/09 | J | | |
| 42. | | | | | Redeemed | 09/19/09 | J | A | |
| 43. - HES - Call Option Jun09 55 | | | | | Sell Short | 04/29/09 | J | | |
| 44. | | | | | Expired | 06/20/09 | J | C | |
| 45. - HES - Call Option Sep09 50 | | | | | Sell Short | 08/20/09 | J | | |
| 46. | | | | | Redeemed | 09/16/09 | J | B | |
| 47. - NBR - Call Option Jun09 12.50 | | | | | Sell Short | 04/15/09 | J | | |
| 48 | | | | | Redeemed | 05/16/09 | J | B | |
| 49. - RIG - Call Option May09 65 | | | | | Sell Short | 04/15/09 | J | | |
| 50. | | | | | Redeemed | 05/16/09 | J | A | |
| 51 - UNP - Call Option Jul09 50 | | | | | Sell Short | 06/12/09 | J | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| | P3 –$25,000,001 - $50,000,000 | | P4 –More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q –Appraisal | R –Cost (Real Estate Only) | S –Assessment | T –Cash Market | |
| | U –Book Value | V –Other | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/16/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Redeemed | 07/18/09 | J | C | |
| 53. - NLY - Call Option Apr09 60 | | | | | Sell Short | 01/08/09 | J | | |
| 54. | | | | | Expired | 04/18/09 | J | D | |
| 55. - AMLN - Common | | | | | Buy | 04/13/09 | K | | |
| 56. | | | | | Sold | 04/18/09 | K | D | |
| 57. - AMLN - Call Option | | | | | Sell Short | 04/03/09 | J | | |
| 58. | | | | | Redeemed | 04/18/09 | J | C | |
| 59. - ABT - Common | | | | | Buy | 05/05/09 | K | | |
| 60. - DUK - Common | | | | | Buy | 08/10/09 | L | | |
| 61. | | | | | Sold (part) | 09/17/09 | K | | |
| 62. | | | | | Sold | 09/19/09 | L | | |
| 63. - DUK - Call Option | | | | | Sell Short | 08/10/09 | J | | |
| 64. | | | | | Redeemed (part) | 09/17/09 | J | A | |
| 65. | | | | | Redeemed | 09/19/09 | J | B | |
| 66. - GOV - Common | | | | | Buy | 09/14/09 | K | | |
| 67. - AGNC - Common | | | | | Buy | 09/23/09 | M | | |
| 68. | | | | | Sold (part) | 09/23/09 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/16/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69 | | | | | Sold (part) | 09/24/09 | K | | |
| 70 | | | | | Sold (part) | 09/28/09 | J | | |
| 71. | | | | | Sold | 09/29/09 | L | | |
| 72. - AGNC - Call Option Oct09 25 | | | | | Sell Short | 09/23/09 | K | | |
| 73. | | | | | Redeemed (part) | 09/23/09 | J | C | |
| 74. | | | | | Redeemed (part) | 09/24/09 | J | D | |
| 75. | | | | | Redeemed (part) | 09/28/09 | J | B | |
| 76. | | | | | Redeemed | 09/29/09 | K | E | |
| 77. - WMT - Common | | | | | Buy | 10/20/09 | K | | |
| 78. - MCD - Common | | | | | Buy | 10/20/09 | K | | |
| 79. - JNJ - Common | | | | | Buy | 10/20/09 | K | | |
| 80. - AGNC - Common | | | | | Buy | 10/21/09 | L | | |
| 81. - UHT - Common | | | | | Buy | 12/09/09 | L | | |
| 82. IRA #2 | D | Int./Div. | N | T | | | | | |
| 83. - Schwab Cash Equivalent Accounts | | | | | | | | | |
| 84. - UST Inflation Index Notes 3.375% 1/15/12 TIPS | | | | | | | | | |
| 85. - GNVC - Common | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/16/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

[ ] NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - BCRX - Common | | | | | Sold | 04/27/09 | K | | |
| 87. - HLF - Common | | | | | Sold | 07/18/09 | K | | |
| 88. - CQP - Common | | | | | Sold | 12/14/09 | K | | |
| 89. - ARNA - Common | | | | | | | | | |
| 90. - CGM Focus Fund (CGMFX) | | | | | | | | | |
| 91. - XLF - ETF | | | | | Sold | 12/30/09 | J | | |
| 92. - IGD - Closed End Fund | | | | | Sold | 08/18/09 | K | C | |
| 93. - HLF - Call Option Jul09 30 | | | | | Sell Short | 06/03/09 | J | | |
| 94. | | | | | Redeemed | 07/18/09 | J | B | |
| 95. - DVM - Closed End Fund | | | | | Buy | 01/08/09 | K | | |
| 96. - ARNA - Call Option Apr09 7.50 | | | | | Sell Short | 02/10/09 | J | | |
| 97. | | | | | Expired | 04/18/09 | J | D | |
| 98. - BOE - Closed End Fund | | | | | Buy | 05/26/09 | K | | |
| 99. | | | | | Buy (add'l) | 05/27/09 | J | | |
| 100. - ARNA - Call Option Jul09 4 | | | | | Sell Short | 06/04/09 | J | | |
| 101. | | | | | Buy | 06/08/09 | J | | |
| 102. - ARNA - Call Option Oct09 7.50 | | | | | Sell Short | 06/08/09 | J | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/16/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Expired | 10/17/09 | J | C | |
| 104. - AAPL - Common | | | | | Buy | 06/05/09 | K | | |
| 105. | | | | | Sold | 09/19/09 | K | C | |
| 106. - AAPL - Call Option Sep09 170 | | | | | Sell Short | 08/13/09 | J | | |
| 107. | | | | | Redeemed | 09/19/09 | J | B | |
| 108. - BCRX - Common | | | | | Buy | 09/10/09 | K | | |
| 109. - BCRX - Call Option Oct09 10 | | | | | Sell Short | 09/10/09 | J | | |
| 110. | | | | | Buy | 10/06/09 | J | D | |
| 111. - BCRX - Call Option Nov09 10 | | | | | Sell Short | 10/13/09 | J | | |
| 112 | | | | | Buy | 10/26/09 | J | | |
| 113. QUALIFIED RETIREMENT PLAN #2 | A | Int./Div. | M | T | | | | | |
| 114. - Schwab Cash Equivalent Accounts | | | | | | | | | |
| 115. - BCRX - Common | | | | | Sold | 09/10/09 | K | D | |
| 116. - MKL - Common | | | | | Sold | 10/01/09 | K | | |
| 117. - CGM Focus Fund (CGMFX) | | | | | | | | | |
| 118 QUALIFIED RETIREMENT PLAN #3 | A | Int./Div. | J | T | | | | | See Part VIII (d) |
| 119 - Vanguard Variable Insurance Fund International Portfolio | | | | | Buy | 12/31/09 | J | | See Part VIII (e) |

1. Income Gain Codes (See Columns B1 and D4)   A =$1,000 or less   B =$1,001 - $2,500   ( =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes (See Column C2)   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/16/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Merrill Lynch Account | A | Int./Div | K | T | | | | | |
| 121. Citibank Account | A | Interest | K | T | | | | | |
| 122. Trust #1 | | | | | | | | | See Part VIII (f) |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 01/16/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I

(a) Line 1 refers to a Trust that is unfunded and has no assets (this Trust is also listed in Part VII, Line 122)

PART VII

(b) In the description of assets the abbreviation ADR refers to American Depositary Receipts (shares of foreign companies trading on U.S. exchanges); ETF refers to Exchange Traded Funds (index funds that trade as common stocks).

(c) Lines 6, 20, 83 and 114 are aggregated Schwab cash equivalent accounts containing one or more of the following: Schwab Municipal Money Fund Value Advantage; Schwab Money Fund Value Advantage, Schwab One Cash Account, and/or Schwab Cash Reserves. They are aggregated here per the 2009 Filing Instructions. These account balances change frequently as a result of securities purchases or sales, cash transfers, and dividends or interest received. The income received and ending values are shown as required in the non-retirement plan account (Line 6).

(d) Line 118: The account identified as QUALIFIED RETIREMENT PLAN #3 was opened in 2009

(e) Line 119: Purchases of this fund were made on a monthly basis beginning 4/13/09. Each purchase was below the minimum reporting requirement but for the purposes of this report they are aggregated for the entire year with a date shown of 12/31/09.

(f) Line 122 refers to a Trust that is unfunded and has no assets (this Trust is also listed in Part I, Line 1)

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/16/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544